**CHINA FIRST PENCIL CO., LTD., Shanghai Three Star Stationery Industry Co., Ltd., and Shanghai Foreign Trade Corp., Plaintiffs–Appellees,**

and

**Shandong Rongxin Import & Export Co., Ltd., Plaintiff,**

v.

**UNITED STATES, Defendant,**

and

**Sanford, L.P. and Musgrave Pencil Co., Inc., Defendants–Appellants.**

No. 2011–1237.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Francis J. Sailer, Grunfeld, Desiderio, Lebowitz, of Washington, DC, argued for plaintiffs-appellees. With him on the brief was Andrew T. Schutz. Of counsel was Mark E. Pardo.

George W. Thompson, Neville Peterson, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief Meredith A. Dement.

LOURIE, DYK, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.